No. 1963. RODRÍGUEZ, APELADA, v. NOGUERAS, APELANTE.— Devolución de cantidad y cancelación de deuda. San Juan, Sección 1ª. Enero 21, 1919. *Desestimada la apelación.*

Nos. 1822 y 1823. COMPAÑÍA AZUCARERA "CENTRAL MACHETE", APELANTE, v. RICHARDSON Y HILL, SUSTITUÍDOS POR BENEDICTO, TESORERO INTERINO, APELADO. San Juan, Sección 1ª. Enero 23, 1919.

No. 1896. THE AMERICAN RAILROAD COMPANY, APELANTE, v. BENEDICTO, TESORERO, APELADO.—Devolución de contribuciones pagadas bajo protesta. San Juan, Sección 1ª. Enero 23, 1919. *Revocadas las sentencias.*

No. 1355. EL PUEBLO, APELADO, v. JIMÉNEZ, APELANTE.— Acometimiento y agresión grave. Humacao. Enero 24, 1919. *Confirmada.*

No. 1373. SOLER, PETICIONARIA, APELANTE, v. EL PUEBLO, APELADO.—*Habeas Corpus.* Mayagüez. Enero 27, 1919. *Desistida la apelación.*

No. 244. MURATI, PETICIONARIO, v. FOOTE, JUEZ DE DISTRITO, DEMANDADO.—*Certiorari.* Enero 28, 1919. *Denegado el auto.*

No. 1302. EL PUEBLO, APELADO, v. CARRERAS, APELANTE.— Delito contra la salud pública. Ponce. Enero 30, 1919. *Sin lugar el recurso.*

No. 1924. GELY, APELADA, v. RIEFKOHL, APELANTE.—Devolución de cantidad. San Juan, Sección 1ª. Febrero 1, 1919. *Desistidas las apelaciones de las partes, respectivamente.*

No. 245. SUCESIÓN DE LERU Y PAZ, PETICIONARIOS, v. SEPÚLVEDA, JUEZ DE DISTRITO.—*Certiorari.* Febrero 6, 1919. *Desistido.*

No. 1361. EL PUEBLO, APELADO, v. PÉREZ, APELANTE.—Infracción del artículo 290 del Código Penal. San Juan, Sección 2ª. Febrero 7, 1919. *Revocada la sentencia y absuelto el acusado.*

No. 242. MARTÍNEZ, PETICIONARIO, v. CROSAS, JUEZ DE DISTRITO, DEMANDADO.—*Certiorari.* (Reconsideración.) Febrero 7, 1919. *Sin lugar.*